CLOSED

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CRIMINAL DOCKET FOR CASE #: 4:26-mj-00451-AGD-1

Case title: USA v. Cayce

Date Filed: 10/13/2026

Other court case number: 3:26cr652 Northern District of Texas

Date Terminated: 10/13/2026

---

Assigned to: Magistrate Judge Aileen Goldman Durrett

**Defendant (1)**

**Richard Ronald Cayce**
*TERMINATED: 10/13/2026*
*also known as*
Richard Ronald
*TERMINATED: 10/13/2026*

represented by **Philip David Ray**
Office of the Federal Defender
Texas Eastern
600 E. Taylor
Ste 4000
Sherman, TX 75092
903-892-4448
Email: philip_ray@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA** represented by **GR Jackson**

US Attorney's Office - Plano
101 E Park Blvd
Suite 500
Plano, TX 75074
972-509-1201
Fax: 972-509-1209
Email: glenn.roque-jackson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2026 | | Arrest (Rule 5c) of Richard Ronald Cayce (knp) (Entered: 10/13/2026) |
| 10/13/2026 | | Case unsealed as to Richard Ronald Cayce (knp) (Entered: 10/13/2026) |
| 10/13/2026 | 2 | SEALED CJA 23 Financial Affidavit by Richard Ronald Cayce (knp) (Entered: 10/13/2026) |
| 10/13/2026 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Richard Ronald Cayce. Signed by Magistrate Judge Aileen Goldman Durrett on 10/13/2026. (knp) (Entered: 10/13/2026) |
| 10/13/2026 | | Minute Entry for proceedings held before Magistrate Judge Aileen Goldman Durrett: Initial Appearance in Rule 5(c)(3) Proceedings as to Richard Ronald Cayce held on 10/13/2026 from 10:58 - 11:15 am. Appearance entered by GR Jackson for USA. Attorney Philip David Ray (FPD) standing by and appointed for Richard Ronald Cayce. Dft waived hearings in the EDTX and has elected to have hearings in the charging district NDTX. Dft Location: Release/Bond. Attorney Appearances: AUSA - Glenn Roque-Jackson; Defense - Philip Ray. No exhibits. (Court Reporter - Digital Recording) (knp) (Entered: 10/13/2026) |
| 10/13/2026 | 4 | RULE 5(f)(1) ORDER as to Richard Ronald Cayce. Signed by Magistrate Judge Aileen Goldman Durrett on 10/13/2026. (knp) (Entered: 10/13/2026) |
| 10/13/2026 | 5 | WAIVER of Rule 5 & 5.1 Hearings by Richard Ronald Cayce (knp) (Entered: 10/13/2026) |
| 10/13/2026 | 6 | ORDER Setting Conditions of Release as to Richard Ronald Cayce. Signed by Magistrate Judge Bill Davis on 10/13/2026. (knp) (Entered: 10/13/2026) |
| 10/13/2026 | | Notice FROM Texas Eastern TO Northern District of Texas of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Richard Ronald Cayce. Your case number is: 3:26cr652. Please access public documents via PACER. To request sealed or other restricted documents, email Ops_Department@txed.uscourts.gov. (Terminated Defendant) *If you wish to designate a different email address for future transfers, send your request* |

| | | |
|---|---|---|
| | | *to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (knp) (Entered: 10/13/2026) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:26-MJ-00451 |
| | § | |
| | § | |
| RICHARD RONALD CAYCE | § | |

**ORDER**

Because the above-named defendant has testified under oath or has otherwise satisfied this court that the defendant (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**IT IS SO ORDERED.**

Signed October 13, 2026.

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:26-MJ-00451 |
| | § | |
| | § | |
| RICHARD RONALD CAYCE | § | |

**ORDER**

**On October 21, 2020, the President signed into law the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), which amends Federal Rule of Criminal Procedure 5 (Initial Appearance). Counsel should immediately read the amendment to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, which became effective upon enactment, and is entitled "Reminder of Prosecutorial Obligation".**

By this written Order – issued to the prosecution and defense counsel – the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such Order under applicable law.

This written Order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure and is in addition to any oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present.

**IT IS SO ORDERED.**

Signed October 13, 2026

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:26-MJ-00451 |
| | § | |
| | § | |
| RICHARD RONALD CAYCE | § | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Complaint or Indictment)**

I understand that I have been charged in another district, the Northern District of Texas.
I have been informed of the charges and of my rights to:

(1) Retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) An identity hearing to determine whether I am the person named in the charges;
(3) Production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) A preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise – unless I am indicted – to determine whether there is a probable cause to believe that an offense has been committed;
(5) A hearing on any motion by the government for detention;
(6) Request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.
☐ a preliminary hearing.
☐ a detention hearing.
☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: October 13, 2026.

[signature]
Defendant

[signature]
Signature of defendant's attorney

Philip Ray
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America
v.

RICHARD RONALD CAYCE
*Defendant*

Case No. 4:26MJ451

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: AS NOTIFIED BY YOUR ATTORNEY
*Place*

on ______________________________
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization ______
Address *(only if above is an organization)* ______
City and state ______ Tel. No. ______

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: ______ ______
*Custodian* *Date*

( ☑ ) (7) The defendant must:

( ☑ ) (a) submit to supervision by and report for supervision to the pretrial services as directed,
telephone number ______, no later than ______.
( ☐ ) (b) continue or actively seek employment.
( ☐ ) (c) continue or start an education program.
( ☑ ) (d) surrender any passport to: US District Clerks Office
( ☑ ) (e) not obtain a passport or other international travel document.
( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel: ED/TX, ND/TX, or as approved by pretrial services
( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: Codefendants

( ☐ ) (h) get medical or psychiatric treatment: Participate in a mental health assessment and/or treatment program until discharged, as Arranged by the probation officer and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

( ☐ ) (i) return to custody each ______ at ______ o'clock after being released at ______ o'clock for employment, schooling, or the following purposes: ______

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
( ☑ ) (l) not use alcohol ( ☐ ) at all ( ☑ ) excessively.
( ☑ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☑ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
( ☑ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☐ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component (**check one**):

( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from ______ to ______, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

(ii) submit to the following location monitoring technology (**check one**):

( ☐ ) (1) Location monitoring technology as directed by the pretrial services or supervising officer; or
( ☐ ) (2) GPS; or
( ☐ ) (3) Radio Frequency; or
( ☐ ) (4) Voice Recognition; or
( ☐ ) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii) ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ ) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (s) Take any mental health medications as prescribed by their treating physician

( ☑ ) (u) Other: Must not license, sell, or otherwise accept any form of payment for the use of any type of trust instrument.

( ☑ ) (v) The defendant must not contact, directly or indirectly, any current or past clients of Benson Financial, LLC (a.k.a. Masters Copyright, LLC) to attempt, in any manner to influence their potential cooperation with or testimony in the investigation or prosecution of the case or in any IRS audit or enforcement proceeding.

( ☑ ) (w) must not open any new line of credit or financial accounts, in his own name or in the name of another trust or business that he controls without prior approval by pretrial services.

( ☑ ) (x) Must not sell, transfer, gift, or otherwise alienate any property in his name or the name of any trust or business over which he has control without permission of pretrial services.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]
*Defendant's Signature*

Sherman, Texas
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 10/13/2026

[signature]
*Judicial Officer's Signature*

AILEEN GOLDMAN DURRETT, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL