IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 3:26-CR-652-O |
| | § | |
| DUNCAN MACDONALD, et al | § | |
| | § | |

# ORDER

Before the Court is Defendant Duncan MacDonald's Motion for Continuance of Trial (ECF No. 36). After reviewing it, the Court finds that the trial date for all defendants should be reset for the reasons that follow, and the Court resets the case for trial on **January 11, 2027 at 9:00 A.M.**[1]

Pursuant to 18 U.S.C. §3161(h)(8)(A), the court can grant an "ends of justice" continuance at the request of a defendant or defendant's attorney if the court does so on the basis of the finding "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id*. One of the factors the court may consider in granting an "ends of justice" continuance is "[w]hether the failure to grant such a continuance . . . would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §3161(h)(8)(B)(iv).

[1] The Court may continue the trial date for all co-defendants in the same case when only one moves for a continuance. *See United States v. Jones*, 56 F.3d 581, 584 n.4 (5th Cir. 1995).

For the reasons set out in Defendant's motion, the Court finds: (1) that the ends of justice served by the granting a trial continuance outweigh the best interests of the public and defendant in a speedy trial; (2) that the failure to grant a continuance in this case would deny defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (3) that taking into account the exercise of due diligence by defense counsel, a continuance of the duration granted by this order is necessary for effective preparation by defense counsel. The pretrial deadlines are extended for thirty days.

**SO ORDERED** on this the 30th day of October, 2026.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE